UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN TORRES,<br><br>      Plaintiff,<br><br>  -against-<br><br>WARDEN M. LICON-VITALE; A.W. SKIPPER-SCOTT; CAPTAIN BIEZ; JOHN DOE, MCC OFFICER WHO BROUGHT THE GUN TO UNIT 7 NORTH,<br><br>      Defendants. | 20-CV-3787 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

  By order dated July 9, 2020, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: October 9, 2020
    New York, New York

                     *Louis L. Stanton*
                      LOUIS L. STANTON
                        U.S.D.J.