UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN TORRES,<br><br>       Plaintiff,<br><br>  -against-<br><br>WARDEN M. LICON-VITALE; A.W. SKIPPER-SCOTT; CAPTAIN BIEZ; JOHN DOE, MCC OFFICER WHO BROUGHT GUN TO UNIT 7 NORTH,<br><br>       Defendants. | 20-CV-3787 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued October 9, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: October 9, 2020
    New York, New York

                  *Louis L. Stanton*
                  LOUIS L. STANTON
                    U.S.D.J.